JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SAUL PANUELAS GUTIERREZ,
Petitioner,
v.
MARKWAYNE MULLIN, *et al.*,[1]
Respondents.

Case No. 5:25-cv-02668-DOC-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: September 23, 2026

David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Markwayne Mullin, the Secretary of the Department of Homeland Security, is hereby substituted as Respondent.